**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TANIKO SMITH, | ) | |
| Petitioner, | ) | 2:12-cv-00570-GMN-PAL |
| vs. | ) | **ORDER** |
| BRIAN E. WILLIAMS, *et al.*, | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.  Petitioner has submitted a habeas petition and seeks leave to proceed *in forma pauperis*.  (ECF No. 1).  In addition to filing the proper affidavit of inability to pay filing fees, a prisoner seeking to proceed *in forma pauperis* "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined."  28 U.S.C. § 1915(a)(1), (2).  Petitioner in the instant action has failed to submit an *in forma pauperis* application that provides the necessary financial information and includes a financial certificate signed by an authorized prison or jail officer.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the filing of a new petition in a new action, with a proper *in forma pauperis* application in compliance with 28 U.S.C. § 1915(a).

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send petitioner two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies of a blank 28 U.S.C. § 2254 habeas corpus form, one copy of instructions for the same, and a copy of the petition (ECF No. 1-1) in this action.

1      **IT IS FURTHER ORDERED** that petitioner may file a new petition and *in forma pauperis*

2  application in a new action, but he may not file further documents in this action.

3      **IT IS FURTHER ORDERED** that all pending motions, including petitioner's motion for

4  counsel (ECF No. 2) are **DENIED.**

5      **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

6  Dated this 11th day of April, 2012.

 

8  Gloria M. Navarro
United States District Judge

2